UNITED STATES of America,
Plaintiff-Appellee,

v.

Marcos Antonio BACA-CAMPAS,
Defendant-Appellant.

No. 15-14317
Non-Argument Calendar

United States Court of Appeals,
Eleventh Circuit.

Date Filed: 11/29/2016

Erica Williamson Barnes, Michael B. Billingsley, Thomas E. Borton, IV, Xavier O. Carter, Joyce White Vance, U.S. Attorney's Office, Birmingham, AL, for Plaintiff-Appellee

Marcos Antonio Baca-Campas, USP Atlanta-Inmate Legal Mail, Atlanta, GA, for Defendant-Appellant

Before MARCUS, JILL PRYOR and FAY, Circuit Judges.

PER CURIAM:

Alison Wallace, appointed counsel for Marcos Baca-Campas in this direct criminal appeal, has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the entire record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED**, and Baca-Campas's conviction and sentence are **AFFIRMED**.